**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:23-cv-00383-KGB-JJV

*[FILED stamp: 2023 APR 21 A 9:57 TAMMY H. DOWNS]*
*[FILED stamp: U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS APR 21 2023 TAMMY H. DOWNS, CLERK / DEP CLERK]*

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Jackie Gallardo
ADC # 106893
Address: 3201 W. Roosevelt Rd Little Rock AR 72204

Name of plaintiff: _____
ADC # _____
Address: _____

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Officer Miller and Officer Devore
Position: Deputy at PCRDF
Place of employment: PCRDF
Address: 3201 W Roosevelt Rd. Little Rock AR 72204
Name of defendant: Officer Devore
Position: Deputy at PCRDF

-1-

This case assigned to District Judge **Baker**
and to Magistrate Judge **Volpe**

Place of employment: PCRDF

Address: 3201 W. Roosevelt Rd. Little Rock 72204

Name of defendant: Turn Key Medical and Staff ("Staff")

Position: 

Place of employment: PCRDF

Address: 3201 W. Roosevelt Little Rock 72204

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

-5-

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV.     Place of present confinement: *Pulaski Co. Det. Facility*

V.     At the time of the alleged incident(s), were you:
(check appropriate blank)

    ✗ in jail and still awaiting trial on pending criminal charges

    ✓ serving a sentence as a result of a judgment of conviction

    ___ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

_____

VI.     The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.     Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes ✓     No ___

    B.     Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓ . No ____

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) I am a lower level, lower rack script from doctor script for seizures and Right knee replacement. I have been on script since I self surrendered Feb 17 2023. I was placed on floor upstairs in B unit for two weeks before the fall against doctors orders. (2) I repeatily ask every CO and staff members every chance I could about this issue. This caused a great deal of pain and mental stress on me having to climb stairs and sleep on floor with a cane. (3) Officers names were Officer Miller and Officer Devore. And every nurse who gave me my meds. (4) I was told that they bet if I had kin folk upstairs I'd be there. (5) Because I was given size 18 shower shoes after knowing I have a cane and other medical problems the size 18 shoes caused me to fall in shower, due non stoped ask for size 11 to fit correctly (over)

6) I have informed sick call about the fall and let them know something broke in left knee and am waiting on X rays. I dont know what else to do. Noone seems to care and will not help me with my situation. I know jail isnt easy but this is just cruel punishment I wouldnt treat anyone the way I have been. Only CO who tried to help is Officer Cole.    Please help me, Please

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Please have my medical bills paid for completly and officers punished. And for the pain and mental stress I deserve compensated in the sum of 100,000.00 Plus medical bill including Surgery if needed

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 13 day of April, 2023.

Jack Gallardo

_____
Signature(s) of plaintiff(s)

-8-

Jack Gallard 106893
3201 W Roosevelt
Little Rock Ar. 72204
B-10

LITTLE ROCK AR 720
19 APR 2023 PM 3

US POSTAGE
$00.60
First-Class
Mailed From 72204
04/19/2023
032A 0061864891

Pro SE Clerk
600 w. Capitol Avenue
Room A149
Little Rock Ar. 72201

Please Help With Issue

Thank You

Jack Gallard