IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JACKIE GALLARDO**                                                              **PLAINTIFF**
**#106893**

v.                    Case No. 4:23-cv-00383-KGB-JJV

**MILLER, Officer/Deputy,**
**Pulaski County Regional Detention Facility;** *et al.*                  **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 8). Plaintiff Jackie Gallardo has not filed any objections to the Partial Recommended Disposition, and the time to do so has passed. After careful consideration and review, the Court approves and adopts the Partial Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*).

Accordingly, Mr. Gallardo may proceed with his Eighth Amendment claims against defendants Officer/Deputy Miller and Does in their individual capacities only. All other claims are dismissed without prejudice for failure to state a claim upon which relief may be granted. Defendants Devore and Turn Key Medical are dismissed without prejudice from this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 6th day of September, 2024.

Kristine G. Baker
Chief United States District Judge