**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

JACKIE GALLARDO                                                          PLAINTIFF
#106893

v.                              **Case No. 4:23-cv-00383-KGB**

MILLER, Officer/Deputy,
Pulaski County Regional Detention Facility; *et al.*                     DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 26).  Plaintiff Jackie Gallardo has filed objections to the Recommended Disposition (Dkt. No. 27).  Defendants filed a joint response to Mr. Gallardo's objections to the Recommended Disposition (Dkt. No. 28).  After careful consideration of the Recommended Disposition and objections, and a *de novo* review of the record, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*).

The Court writes to address Mr. Gallardo's objections (Dkt. No. 27).  Defendants Deputy Jeffery Miller, Dr. Gina Tilley, Dr. Absalom Tilley, Physician's Assistant Lauren Messersmith, and Bertha Lowe move for summary judgment, asserting that Mr. Gallardo's remaining claims should be dismissed without prejudice for failure to exhaust his available administrative remedies. Judge Volpe determined that, because Mr. Gallardo did not respond to defendants' motion for summary judgment and because the record evidence supported granting the motion for summary judgment, defendants were entitled to summary judgment (Dkt. No. 26, at 2).  Judge Volpe recommended dismissing without prejudice Mr. Gallardo's remaining Eighth Amendment claim (*Id.*).  Mr. Gallardo's objections do not rebut the findings by Judge Volpe that, although Mr.

Gallardo filed grievances over the claim raised in his complaint, Mr. Gallardo failed to appeal those grievances and therefore failed to exhaust his available administrative remedies. As a result, the Court overrules Mr. Gallardo's objections (Dkt. No. 27).

For these reasons, the Court orders that:

1. Defendants' joint motion for summary judgment is granted (Dkt. No. 22).

2. Mr. Gallardo's Eighth Amendment claims against defendants Miller, Dr. Gina Tilley, Dr. Absalom Tilley, Messersmith, and Lowe is dismissed without prejudice.

3. The case is closed, and the relief requested is denied.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 6th day of September, 2024.

_____
Kristine G. Baker
Chief United States District Judge